AUSA:     Sara Woodward          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:     Jessica Sumyk          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Samantha Christine GILLIAM

Case No.

Case: 2:22−mj−30095
Assigned To : Unassigned
Assign. Date : 2/24/2022
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2018 through October 2021__ in the county of _____Wayne_____ in the
____Eastern____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1594(c) | Conspiracy to engage in sex trafficking using force, fraud, and coercion; |
| 21 U.S.C. § 856 | Maintaining a drug premises |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jessica Sumyk - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___February 24, 2022___

_____
*Judge's signature*

City and state:  _Detroit, Michigan_

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jessica Sumyk, being duly sworn, depose and state the following:

1.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

2.      I am employed by the Federal Bureau of Investigation as a Special Agent and have been for approximately seven years. I currently work on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on human trafficking investigations for many years.

3.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for Samantha Gilliam for violations of 18 U.S.C. § 1594(c) (conspiracy to engage in sex trafficking using force, fraud, and coercion) and 21 U.S.C. § 856 (maintaining a drug premises).

4.      The facts and information contained in this affidavit are based on my own investigation which includes information conveyed to me by other law enforcement officials, other coopering individuals, my personal experience and

1

training regarding sex trafficking, and my personal knowledge and observations during the course of this investigation.

5.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for Samantha Gilliam.

## **PROBABLE CAUSE**

6.      In or around April 2021, law enforcement officers assigned to the Southeast Michigan Trafficking and Exploitation Crimes Task Force (SEMTEC) interviewed an adult female victim who identified Quiyemabi Summerlin as a violent pimp who provided crack cocaine and heroin to women working commercial sex dates for him. The female victim advised Summerlin used telephone number ***-***-8380.

7.      A search of telephone number ***-***-8380 through law enforcement databases revealed over 100 commercial sex advertisements associated with the telephone number. Some of the commercial sex advertisements associated with telephone number ***-***-8380 had images of different females. The same bed and dresser are visible in a number of the commercial sex advertisements with multiple different females.

8.      Law enforcement officers assigned to SEMTEC identified the females in the commercial sex advertisements and interviewed over ten women that stated they were forced or coerced to engage in commercial sex dates out of the basement of a residence on Berden Street in Detroit. The adult females identified Summerlin as a pimp who used the threat of violence and supply of narcotics as a way to exploit their addictions to engage in commercial sex dates for his profit. The women stated that they stayed in the basement of the home. In the basement, the women performed commercial sex dates and used narcotics that Summerlin provided. The women stated that Summerlin and his girlfriend, Samantha Gilliam, lived upstairs in the home. The women said that they brought the money they earned from their commercial sex dates upstairs and gave it directly to Summerlin, or if Summerlin wasn't home, to Gilliam. Summerlin then provided the adult females with crack cocaine and heroin. Summerlin kept the drugs in the upstairs of the home, where he and Gilliam lived. The women reported staying at the Berden house at different times, ranging from September 2018 through October 2021.

9.      In October 2021, your affiant and other law enforcement agents and officers executed a federal search warrant at ****1 Berden. Present in the home were Summerlin and two adult females encountered in the basement of the residence.

10.     During the search, law enforcement interviewed Summerlin. Summerlin advised that his fiancé, Samantha Gilliam, had owned the house on ****1 Berden

for ten or eleven years. Summerlin also advised that he, Gilliam, and Gilliam's minor daughter stay at the residence.

11.    The search of ****1 Berden recovered suspected narcotics. Law enforcement also observed a scale, needles, and a cutting agent. The suspected narcotics were subsequently tested by the Michigan State Police Laboratory, which identified the narcotics as heroin, Fentanyl, Para-Flurofentanyl, and cocaine.

12.    During the search, your affiant went into the basement of the home. In the basement, I observed furniture and surroundings that matched the commercial sex photographs that I viewed online.

## **VICTIM INTERVIEWS**

13.    On or around September 17, 2021, law enforcement officers with SEMTEC interviewed Adult Victim A (AV-A). AV-A stated she worked commercial sex dates for Summerlin out of the basement of his residence in exchange for drugs. AV-A further stated that Summerlin kept all the money from the commercial sex dates and provided AV-A with crack and heroin. AV-A advised that Gilliam stayed in the house with Summerlin. AV-A also stated that sometimes Gilliam's children were at the residence when commercial sex dates were happening. AV-A knew Summerlin to keep his drugs and guns in the upstairs area of the house. Summerlin and Gilliam stayed in the upstairs room/loft area.

14.     On or around October 21, 2021, law enforcement officers with SEMTEC interviewed Adult Victim B (AV-B). AV-B said that Summerlin provided her with "testers" (drugs) when she first arrived at his house. Summerlin asked AV-B if she was interested in working dates out of his basement. AV-B said she was not interested, but Summerlin posted her in online commercial sex advertisements anyway. AV-B purchased crack cocaine and heroin from Summerlin's residence almost every day for two months. AV-B stated that Summerlin's girlfriend was around the house when AV-B bought drugs, and that she knew what was going on in the basement, but Summerlin did not think people would suspect anything was going on at the house because his girlfriend had a good job and had children.

15.     On or around November 03, 2021, law enforcement officers with SEMTEC interviewed Adult Victim C (AV-C). AV-C said that she went to Summerlin's house to purchase crack from him. Summerlin introduced AV-C to the girls he had in the basement. Summerlin posted the girls online and ran the advertisements. AV-C stated that Summerlin used drugs to keep the girls strung out and kept all of their money from the commercial sex dates. AV-C worked commercial sex dates in the basement of Summerlin's house. AV-C gave Summerlin some money and used the rest of the money to buy drugs from him. AV-C stated that Summerlin's girlfriend lived at the house and knew what was going on. Summerlin's girlfriend

was around when customers came to the house for commercial sex dates. AV-C

recalled a minor girl and boy at the residence.

16.     On or around November 04, 2021, law enforcement officers with SEMTEC

interviewed Adult Victim D (AV-D). AV-D said that when she went to

Summerlin's house, there were other girls working commercial sex dates out of the

basement. AV-D began working commercial sex dates out of the basement of the

residence in exchange for drugs. Summerlin kept all the money from the

commercial sex dates and provided AV-D with crack and heroin. AV-D stated that

a woman lived upstairs, but AV-D never saw her because AV-D was not allowed

past the door that led to the upstairs. AV-D stated the woman was well aware of

what was going on in the house.

17.     On or around November 17, 2021, law enforcement officers with SEMTEC

interviewed Adult Victim D (AV-E). AV-E stated she was locked in the basement

of Summerlin's residence for approximately eight days. AV-E conducted

commercial sex dates in the basement of the residence for Summerlin. Summerlin

supplied AV-E with the crack cocaine and heroin. AV-E stated Summerlin's

girlfriend lived at the residence and was sometimes upstairs while the commercial

sex dates were taking place in the basement.

18.     On or around December 01, 2021, law enforcement officers with SEMTEC

spoke with AV-F. AV-F advised she was engaging in commercial sex dates out of

the basement of Summerlin's residence in exchange for drugs. Summerlin kept all of the money from the commercial sex dates and provided AV-F with cocaine and heroin. AV-F stated that Gilliam lived at the residence with Summerlin and knew commercial sex dates were happening in her home. AV-F stated Gilliam also knew that Summerlin was giving drugs to the women working for him. AV-F stated the women tried to talk to Gilliam because they thought she would understand as a female, but Gilliam told Summerlin whatever the women told her. If Summerlin was not present at the residence, Gilliam would take the money from the commercial sex dates. AV-F recalled having to knock on the door to the kitchen and give Gilliam the money face-to-face. AV-F stated Gilliam has given the girls drugs before.

19.     On or around December 10, 2021, law enforcement officers with SEMTEC interviewed AV-G. AV-G advised she stayed at the Berden residence on and off for approximately four months. AV-G also said that Summerlin's wife, "Sam," also stayed at the house, along with her two minor children. AV-G said that she worked commercial sex dates out of the basement of the residence in exchange for drugs. AV-G said that Summerlin provided her with crack and heroin and kept all of the money from her commercial sex dates. AV-G said the money from the dates went to Summerlin and to Gilliam. AV-G stated Gilliam spent the money from the commercial sex dates.

20.     On or around January 28, 2022, law enforcement officers with SEMTEC interviewed AV-H. AV-H stated that she previously performed commercial sex dates out of the basement of the Berden residence for Summerlin. Summerlin provided AV-H with heroin and crack cocaine. AV-H said that Summerlin's girlfriend, "Sam," lived in the residence with her children. AV-H said that she gave the money from her commercial sex dates to Summerlin, but that if Summerlin was not home, she gave the money to "Sam."

21.     Your affiant located a Detroit Police Report for an assault and battery call. The report stated that officers responded to the Berden residence and made contact with a woman. The woman told officers that Summerlin threatened her with physical violence and assaulted her. Officers spoke with Summerlin who stated that the woman was homeless and was staying overnight. According to the report, Gilliam was also present in the home and spoke to police. Gilliam said that at approximately 4:30 a.m., she and her husband awoke to a disturbance in the bathroom at which point she threw the woman outside and assaulted her.

## RECORD CHECKS

22.     On or around September 22, 2021, a National Crime Information Center check revealed Samantha Christine Gilliam as a registered driver at ****1 Berden.

23.     An open-source search of the city of Detroit tax assessor website revealed Gilliam as the property owner of ****1 Berden, Detroit, Michigan.

## SURVEILLANCE

24.     From September 27, 2021 through October 14, 2021, electronic surveillance was conducted in the vicinity of ****1 Berden. During a review of the electronic surveillance, both SUMMERLIN and GILLIAM were observed coming and going from the residence on a daily basis.

## JAIL CALLS

25.     Summerlin was arrested on October 14, 2021. He has been in custody from his arrest to the present. He is charged in a six-count indictment with sex trafficking using force, fraud, and coercion, maintaining a drug premises, and felon in possession of a firearm.

26.     On or around November 01, 2021, Summerlin made a phone call from a correctional facility to Gilliam. During the call, Summerlin provided Gilliam with the phone number of an adult female victim. Summerlin told Gilliam to "start checking in" with the victim and "making sure everything straight."

27.     On or around November 05, 2021, Summerlin made a phone call from a correctional facility to Gilliam. During the call, Gilliam told Summerlin that he put himself in this predicament. Summerlin said he was trying to impress Gilliam and Gilliam did not turn him away. Your affiant believes this conversation was about the money Summerlin earned from commercial sex dates and drug distribution.

28.     On or around February 01, 2022, Summerlin made a phone call from a correctional facility to Gilliam. During the call, Summerlin and Gilliam discussed getting an adult female victim to speak with Summerlin's attorney. Gilliam said that she would not give the adult female victim "shit" until she talks to Summerlin's attorney. Your affiant believes Gilliam is referring to giving the adult female victim narcotics.

## **CONCLUSION**

29.     For the reasons set forth above, I believe probable cause exists that Samantha Gilliam violated 18 U.S.C. § 1594(c) (conspiracy to engage in sex trafficking using force, fraud, and coercion), and 21 U.S.C. § 856 (maintaining a drug premises).

Respectfully submitted,

Jessica Sumyk
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated:   February 24, 2022

10